**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
BRAIN & SPINE SURGEONS OF NEW YORK,
P.C., a New York professional corporation,

                Plaintiff,

      -against-                                       22 **CIVIL** 8951 (PMH)

                                                     **JUDGMENT**

TRIPLE–S SALUD INC., d/b/a "BLUE CROSS
BLUE SHIELD OF PUERTO RICO," a foreign
corporation,

                Defendants.
--------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 11, 2024, that branch of Defendants motion to dismiss for lack of personal jurisdiction is DENIED. The branch of Defendants motion to dismiss for failure to state a claim for relief is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        September 11, 2024

                                          **DANIEL ORTIZ**

                                   _____
                                     **Acting Clerk of Court**

             **BY:**  _____
                               **Deputy Clerk**